Troutman Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

February 26, 2020

**VIA ELECTRONIC COURT FILING**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:**   *Teala Davies v. Indyke et al.* **1:19-cv-10788 (GHW) (DCF)**

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, in the above-referenced action.  We write  on behalf of all parties to respectfully request the Court's approval of the following briefing schedule for the Defendants' Motion to Dismiss:[1]

- Defendants' motion papers to be filed by February 28, 2020;

- Plaintiff's opposition papers to be filed by March 20, 2020; and

- Defendants' reply papers to be filed by March 30, 2020.


Respectfully submitted,


*s/Bennet J. Moskowitz*
Bennet J. Moskowitz

cc:      All Counsel of Record via ECF

---

[1]For additional context, we respectfully refer to the Court's Order dated January 28, 2020 (ECF 19). During the Court conference held on February 11, 2020, counsel for Plaintiff advised the Court regarding settlement discussions, as the Court requested in its Order.  The Court has not yet set a briefing schedule.